**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carole Saunders, | No. CV 07-8029-PCT-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Richard Silva and Connie Lynn Silva, | |
| Defendants. | |

After trial, the Court ordered the parties to submit their Final Proposed Findings of Fact and Conclusions of Law within two weeks of the publication of the final trial transcript. (Doc. 159.) The official transcript was filed on September 2, 2010. (Doc. 163.)

On September 16, 2010 Plaintiff filed a Stipulated Motion for a One Week Extension to file the parties' Final Proposed Findings of Fact and Conclusions of Law. (Doc. 166.) Plaintiff cited his heavy workload and need for more time to effectively deal with issues raised by the record in this case. (Doc. 166.)

Having considered the Parties' Stipulated Motion For Extension of Time, and good cause appearing therefore,

///

///

///

///

1  **IT IS HEREBY ORDERED** that parties have until Thursday, September 23, 2010
2  to file their Final Proposed Findings of Fact and Conclusions of Law.
3  DATED this 17th day of September, 2010.

*[signature]*
Earl H. Carroll
United States District Judge